UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINE P. MADDEN,

      Plaintiff,

v.                                  Case No. 2:19-cv-168-JLB-MRM

NATIONAL LIFE INSURANCE COMPANY,

      Defendant.
_____/

## **O R D E R**

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 65.)  The stipulation is self-executing.  <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED i**n Fort Myers, Florida, on March 18, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE